PROB 12C
(6/16)

Report Date: January 2, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 02, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Benjamin Ellis | Case Number: 0980 2:17CR00036-JLQ-1 |
| Address of Offender: | Spokane Valley, Washington 99216 |

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: July 14, 2017

Original Offense: Felon in Possession of Firearms Ammunition, 18 U.S.C.§§ 922 (g)(1) and 924(a)(2)

Original Sentence: Prison - 33 months          Type of Supervision: Supervised Release
TSR - 36 months

Asst. U.S. Attorney: David Herzog          Date Supervision Commenced: November 22, 2019

Defense Attorney: Federal Defender's Office          Date Supervision Expires: November 21, 2022

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Per Spokane County Sheriff's Office (SCSO) report 2020-10000007, on January 1, 2020, Mr. Ellis is alleged to have committed the crimes of felony attempting to elude police vehicle and unlawful possession of firearm, which is a direct violation of mandatory condition number 1.<br><br>On January 1, 2020, per SCSO report 2020-10000007, a SCSO deputy observed a Nissan Altima which matched the description of a vehicle involved in a shooting on December 30, 2019. In a marked SCSO vehicle, the deputy activated his overhead, red-and-blue, emergency lights to initiate a traffic stop with the vehicle, in which it initially slammed on its breaks, came to a stop in the middle of the road, and then accelerated to a high-rate of speed. Report 2020-10000007 indicates that with no regard for himself and the public, the suspect and lone occupant in the vehicle, later identified as Mr. Ellis, fled the wrong way into oncoming traffic at excessive speeds, while running multiple stop signs and eventually fled on foot, in which he was ultimately detained and tracked by a K9. A search warrant of the Nissan Altima operated by Mr. Ellis was signed by a Spokane Superior Court judge, in which a 9mm Glock semi-automatic pistol loaded with six cartridges (bullets) was recovered from the vehicle. Mr. Ellis was arrested on the aforementioned charges and remains in custody as of this writing. |

Prob12C
**Re: Ellis, Benjamin**
**January 2, 2020**
Page 2

On November 25, 2019, Mr. Ellis participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Mr. Ellis signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

2   **Standard Condition # 10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e. anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

**Supporting Evidence**: Per SCSO report 2020-10000007, on January 1, 2020, Mr. Ellis is alleged to have had access and/or possess a firearm and ammunition, which is a direct violation of standard condition number 10.

On January 1, 2020, per SCSO report 2020-10000007, Mr. Ellis is alleged to have been the sole occupant in a Nissan Altima, in which he eluded law enforcement after a traffic stop was initiated. Mr. Ellis ultimately fled the Nissan Altima and was eventually arrested. A search warrant of the Nissan Altima operated by Mr. Ellis was signed by a Spokane Superior Court judge, in which a 9mm Glock semi-automatic pistol loaded with six cartridges (bullets) was ultimately recovered from the vehicle.

On November 25, 2019, Mr. Ellis participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Mr. Ellis signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the warrant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/02/2020

s/Jonathan Bot

Jonathan Bot
U.S. Probation Officer

Prob12C
**Re: Ellis, Benjamin**
**January 2, 2020**
**Page 3**

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

01/02/2020
Date